

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2021

No. 04-20-00018-CV

**DICEX INTERNATIONAL, INC.**,
Appellant

v.

**AMIGO STAFFING, INC.**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVK000091-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:    Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On March 24, 2021, this court issued an opinion affirming the trial court's judgment. A motion for rehearing or for en banc reconsideration is due on April 8, 2021. On April 1, 2021, appellant filed an unopposed motion for extension of time in which to file a motion for rehearing or for en banc reconsideration. The motion is GRANTED and appellant is ORDERED to file any motion for rehearing or for en banc reconsideration **no later than May 10, 2021**.

It is so **ORDERED** on April 5, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT